# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>and<br><br>MICHALE BURRELL, *et al.*,<br><br>Intervenor Plaintiffs,<br><br>v.<br><br>MOBILE COUNTY SHERIFF'S OFFICE and MOBILE COUNTY SHERIFF SAM COCHRAN (in his official capacity),<br><br>Defendants. | Civil Action No. 1:21-cv-00114-KD-N |

**PLAINTIFF UNITED STATES OF AMERICA'S FIRST SET OF INTERROGATORIES**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff United States of America ("Plaintiff" or "United States") requests that Defendants Mobile County Sheriff's Office ("MCSO") and Mobile County Sheriff, Sam Cochran, (collectively, "Defendants"), answer the following interrogatories, separately and fully, in writing and under oath, within thirty (30) days from the date of service.

INSTRUCTIONS

1. Unless otherwise stated, each interrogatory should be construed as requesting information possessed by or available to Defendants and their attorneys, agents, officers, investigators, employees, independent contractors, trustees, representatives, and all other persons or entities acting on behalf of Defendants for the period January 1, 2011 to the present. These

interrogatories are continuing in nature and must be supplemented in accordance with Federal Rule of Civil Procedure 26(e).

2. Where the person(s) verifying the answer to these interrogatories is/are without personal knowledge of the information contained therein, Defendants are to identify the person or persons from whom such information was obtained. If the source of information was documentary, provide a full description of each document from which such information was obtained, as well as the location of such document.

3. For each part of an interrogatory that Defendants decline to answer based on an objection or an assertion of privilege, please identify the part not answered and state in detail the basis for the objection or assertion of privilege.

4. If Defendants provide a partial or incomplete answer, they shall state that the answer is partial or incomplete. If Defendants object to a portion or an aspect of any interrogatory, they shall state the grounds of the objection with specificity and respond to the remainder of the interrogatory.

5. If, in responding to these interrogatories, Defendants contend that any interrogatory is ambiguous, the response shall set forth the matter deemed ambiguous and the construction used in responding to the interrogatory.

6. The use of a verb in any tense shall be construed as the use of the verb in all tenses and the singular form shall be deemed to include the plural, and vice versa.

## DEFINITIONS

Unless a contrary meaning clearly appears in the context of a specific interrogatory, the following definitions shall apply:

1. The terms “you”, “your”, “Defendants”, “Mobile County Sheriff's Office”, or “MCSO” refer to Defendants Mobile County Sheriff's Office and the Mobile County Sheriff, as well as current or former employees, independent contractors, officers, agents, trustees, representatives, attorneys, investigators, and other persons or entities acting on behalf of the Mobile County Sheriff's Office or the Mobile County Sheriff.

2. The term “contractor” or “vendor” refers to personnel supplied to the Mobile County Sheriff's Office or Mobile Metro Jail by outside agencies or companies.

3. The terms “employee,” “supervisor,” “manager,” or “corrections officer” refer to current and former employees, supervisors, managers, and corrections officers employed by Defendants.

4. The term “inmate” refers to current and former inmates detained at the Mobile County Metro Jail.

5. The term “Complaint” refers to the Complaint filed by the United States in Case 1:21-cv-00114 (S.D. Ala.) unless otherwise expressly noted.

6. The term “Answer” refers to the Amended Answer filed by Defendants in Case No. 1:21-cv-00114 (S.D. Ala.).

7. The term “gunning” refers to masturbating in the presence of or directed toward another person.

8. The terms “Jail” and “Metro Jail” refer to the Mobile County Metro Jail located in Mobile, Alabama.

9. The words "or" and "and" shall be read in the conjunctive and not in the disjunctive wherever they appear and the words shall be interpreted and construed as broadly as possible so that information otherwise within the scope of the interrogatory is not excluded.

10. The terms "person" or "individual" refers to the plural, as well as the singular, and includes any natural person, firm, association, partnership, joint venture, corporation, business, or other legal entity.

11. The terms "relating to," "related to," or "relate to" mean pertaining to, supporting, concerning, describing, referring to, evidencing, reflecting, showing, mentioning, discussing, constituting, contradicting, refuting, or in any way logically or factually connected to the matter discussed.

12. The term "document" has the same meaning as when it is used in Fed. R. Civ. P. 34(a)(1) and includes but is not limited to any paper, electronically stored information, or writing of any kind, including, but not limited to, a report, record, study, memorandum, letter, email, note, chart, table, spreadsheet, roster, manual, guideline, rule, list, tabulation, press release, book, article, treatise, recording or transcription of minutes, machine-readable format file, computer file, or audio or video tape recording.

13. "Identify" or "identification" means:

(a) when used with respect to a document, the document's full name, the author(s) of the document, the date on which the document was created, the name(s) of any and all recipients of the document, the custodian of the document, and the current or last known location of the document.

(b) when used with respect to conversations and written or oral communications, the

date on which each conversation or communication occurred, the persons making such conversation or communication, the substance of the conversation or communication, the names and addresses of every person present when the conversation or communication occurred, and the place where the conversation or communication took place.

(c) when used with respect to a person, the individual's full name, current or last known home address, telephone number, and email address, current or last known place of employment, and current or last known job title. If the person is not an individual, state the full name of the entity involved, the type of entity (*e.g.*, corporation, partnership, etc.) and the current or last known address and principle place of business of such entity.

INTERROGATORIES

1. Identify each person who participated in responding to the United States' interrogatories, requests for production of documents, and requests for admissions.

2. Identify all persons Defendants believe may have knowledge of relevant facts, including facts that support, contradict, or in any way dispute the factual and legal allegations set forth in the United States' Complaint and the Plaintiff-Intervenors' Complaint, and describe the issues upon which Defendants believe they may have knowledge.

3. Identify all women assigned to work at the Mobile County Metro Jail from January 1, 2013 to the present, including each such woman's name, job title(s), dates of employment in each position held, and last-known telephone number, email address, and mailing address. This interrogatory seeks not only the identity of such individuals employed directly by Defendants, but also those assigned to work at the Jail via third-party staffing or employment agencies.

4. Identify all individuals responsible for responding to or addressing reports or complaints, including but not limited to disciplinary reports, of sexual harassment of female workers by male inmates at the Mobile County Metro Jail, including each such individual's name, job title(s), and dates of employment in each position held.

5. Describe in detail when and how Defendants first became aware that sexual harassment, to include gunning and exposing of genitalia, of female employees by male inmates was occurring in the Mobile County Metro Jail.

6. Describe in detail any procedures that have been in place related to Defendants' process for responding to reports or complaints by workers assigned to the Mobile County Metro Jail of sexual harassment by male inmates.

7. State the factual basis, including by identifying each such alleged instance, and identify all related documents and persons with knowledge for the statement in affirmative defense "D" in Defendants' Answer that "[t]he charging parties and similarly situated employees either failed to initiate these criminal proceedings or failed to follow through once the cases had been filed in Court."

8. State the factual basis, including by identifying each such alleged instance, and identify all related documents and persons with knowledge for the statement in affirmative defense "F" in Defendants' Answer that "[i]n some instances, when criminal charges have been filed against inmates for sexual misconduct, Corrections Officers have failed to follow through with the prosecution of the charges."

9. Identify all reports or complaints, including but not limited to disciplinary reports, made by individuals assigned to work at the Mobile County Metro Jail of sexual harassment by

male inmates, describing the nature of the complaint, the date of the complaint, and the name of the individual who made the complaint.

10. Describe all actions taken by Defendants in response to each report or complaint identified in response to Interrogatory No. 9, including the identification of any individuals questioned or interviewed, formally or informally, as a result of, or in connection with these complaints and the identification of all persons involved in any efforts to investigate such complaints as well as a description of the person's involvement, and the final resolution of the complaint.

11. If you have investigated any of the matters raised by this suit, identify all persons involved in the investigation(s) and state the nature of each such person's involvement in the investigation.

12. Identify each instance in which criminal charges have been pursued against inmates who commit criminal offenses, including but not limited to gunning/masturbation or other sexual misconduct, against workers at the Mobile County Metro Jail, including the date of the charge, the name or unique identifier of the inmate charged, the disposition of the charge, and the date of the complaint or other report notifying Defendants of the conduct underlying the charge.

13. For each year from January 1, 2011 through the present, please state the number of disciplinary reports filed that allege gunning or other forms of sexual misconduct or sexual harassment by male inmates at the Mobile County Metro Jail.

14. Identify each instance in which a male inmate at the Mobile County Metro Jail was subjected to discipline, confinement in the administrative segregation unit, or any other

corrective action as a result of an incident of gunning or any other form of sexual harassment of female workers, including the name or unique identifier of the inmate, the date and type of discipline or corrective action, and the nature of the violation.

      15.      Identify all individuals who worked as a disciplinary hearing officer at the Mobile County Metro Jail, along with the dates that they served in the disciplinary hearing officer position.

Dated: August 5, 2021           KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

*/s/ Juliet E. Gray*
KAREN D. WOODARD
*Chief*
*Employment Litigation Section*
MEREDITH L. BURRELL (MD Bar, no number issued)
*Deputy Chief*
TARYN WILGUS NULL, DC Bar #985724
ALICIA D. JOHNSON, DC Bar #494032
JULIET E. GRAY, DC Bar #985608
*Senior Trial Attorneys*
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
150 M Street, N.E., Room 9.1139
Washington, DC 20530
Phone (cellular): (202) 532-3560 (Null)/
(202) 532-5872 (Johnson)/(202) 598-1600 (Gray)
Facsimile: 202-514-1005
Taryn.Null@usdoj.gov
Alicia.Johnson@usdoj.gov
Juliet.Gray@usdoj.gov

Attorneys for Plaintiff United States of America

**CERTIFICATE OF SERVICE**

I, Juliet E. Gray, hereby certify that on this 5th day of August, 2021, I have served a true and correct copy of the foregoing Plaintiff United States of America's First Set of Interrogatories upon all parties via email, as agreed to by the parties.

*/s/ Juliet E. Gray*
Juliet E. Gray