# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> <br> and <br> <br> MICHALE BURRELL, *et al.*, <br>     Intervenor Plaintiffs, <br> <br> vs. <br> <br> MOBILE COUNTY SHERIFF <br> SAM COCHRAN, in his Official Capacity, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   CIVIL ACTION NO. 21-00114-KD-N <br> ) <br> ) <br> ) <br> ) |

## ORDER

This action is before the Court on the United States' Motion to Exclude Certain Opinions of Defendant's Expert Michael Quinn, Intervenor Plaintiffs' joinder in the Motion, Defendant Sheriff Sam Cochran's response, and the Plaintiffs' reply (docs. 143, 146, 160, 164). The Motion was heard on January 25, 2023.

Upon consideration, and as more specifically set forth on the record, the Motion is

A.   DENIED as to Quinn's opinions based on the number of disciplinary reports filed by the female officers at the jail; and

B.   GRANTED as to Quinn's opinions about legal positions taken by the United States.

DONE and ORDERED this the 26th day of January 2023.

                                        s/ Kristi K. DuBose <br>
                                        KRISTI K. DuBOSE <br>
                                        UNITED STATES DISTRICT JUDGE