IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **MICHALE BURRELL, *et al*.,** ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 21-00114-KD-N |
| ) | |
| **MOBILE COUNTY SHERIFF** ) | |
| **PAUL BURCH, in his Official Capacity,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This action is before the Court on the Joint Motion for Final Approval of the Settlement Agreement and Responses to Objections (doc. 210) and Plaintiff-Intervenors' Supplemental Attorney Fee Submission in Support of Final Approval of Settlement Agreement (doc. 211). The Joint Motion was heard August 25, 2023. Taryn Wilgus Null and Sharion Scott appeared on behalf of the United States, John C. Davis appeared on behalf of the Plaintiff-Intervenors, and K. Paul Carbo and Stacy L. Moon appeared on behalf of Sheriff Paul Burch.

Upon consideration of the Joint Motion, the Supplemental Submission, the seven written objections and one oral objection, the parties' responses to the objections, the testimony of three objectors, counsel's oral arguments, and the Order granting preliminary approval and provisional entry of the Settlement Agreement (doc. 209), the Joint Motion is GRANTED, and the Court's preliminary approval is made final. Accordingly, for reasons more specifically set forth on the record, the Court orders as follows:

1) The seven written objections and one oral objection do not provide sufficient grounds

to amend the Court's preliminary approval of the Settlement Agreement and are overruled.

2) The correct eligibility period for individuals seeking relief under the Settlement Agreement is January 1, 2011 through April 21, 2023, which reflects the Parties' intent and the actual notice given to Potential Claimants.

3) The Parties shall submit to the Court within five (5) business days of this Order a revised version of the Settlement Agreement, which will reflect this eligibility period in Paragraph 59.

4) The Settlement Agreement, as amended to reflect the correct eligibility period, including the attorney's fee allotment for Plaintiff-Intervenor's counsel, is approved as a fair, adequate, and reasonable resolution of the issues and is not the result of collusion among the parties.

5) Upon receipt and review, the Settlement Agreement, as amended, shall be entered.

According to the terms of the Settlement Agreement, within 150 days after the entry of the Settlement Agreement, the United States shall provide the Court with a proposed monetary relief list identifying each claimant only by claimant ID number and move the Court to hold a Fairness Hearing on Monetary Relief. The Court shall provide the parties with at least 90 days' notice of the date and time for the Hearing such that the parties may notify the claimants of same (See Doc. 208-1, p. 44).

**DONE** and **ORDERED** this the 5th day September 2023.

    /s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**