# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| MICHALE BURRELL, *et al.*, | ) |
| | ) |
| Plaintiff-Intervenors, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 21-00114-KD-N |
| | ) |
| MOBILE COUNTY SHERIFF | ) |
| PAUL BURCH, in his Official Capacity, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on the United States' Motion to Schedule Fairness Hearing on Monetary Relief and Memorandum in Support (doc. 218), list of proposed eligibility determinations and monetary relief awards and list of ineligibility determinations (doc. 218-1), declaration of Claims Administrator (doc. 218-2), and declaration of the United States Department of Justice (doc. 218-3).

According to the terms of the Settlement Agreement, the United States has moved for a Fairness Hearing on Monetary Relief "to allow the Court to determine whether the Proposed Monetary Relief List should be approved or amended" (doc. 216, p. 43). Also, in accord with the terms, the United States has filed with the Court and served upon Defendant Sheriff Paul Burch a "Proposed Monetary Relief list stating the amount of money that the United States has determined should be awarded to each Claimant found to be entitled to receive" a monetary award (Id.). Upon consideration of the Motion, Memorandum in Support, attachments, and the terms of the Settlement Agreement, the Motion is GRANTED.

Accordingly, the following schedule is set:

1) The Fairness Hearing on Monetary Relief shall be held before the undersigned on **June 4, 2024, at 2:00 p.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

2) No later than eighty (80 days) before the Fairness Hearing on Monetary Relief, or March 17, 2024, the Claims Administrator shall send to each Potential Claimant who submitted an *Interest-in-Relief Form* via e-mail to the last-known e-mail address, if available, and via first-class U.S. mail to the last-known mailing address the *Cover Letter regarding Monetary Award Determinations and Providing Notice of Fairness Hearing on Monetary Relief ("Cover Letter on Monetary Relief"), Instructions for Filing an Objection to Monetary Award, and Objection Form,* (collectively, "Notice of Fairness Hearing on Monetary Relief Documents"), in a format materially the same as set forth in Attachment G, to the Settlement Agreement (doc. 217).

3) The Claims Administrator shall keep records of, and, if possible, shall re-send, all Notice of Fairness Hearing on Monetary Relief Documents returned as undeliverable by the same procedures described in Paragraph 29, of the Settlement Agreement (Id.)

4) A Claimant who wishes to object to the United States' Monetary Relief determination for herself as set out in the *Cover Letter on Monetary Relief* must file a written objection to the Claims Administrator in accordance with the requirements set forth in Attachment G no later than fifty (50) days before the Fairness Hearing on Monetary Relief, or April 16, 2024. Any Claimant who fails to submit an objection to the Claims Administrator by the deadline shall be deemed to have waived any right to object to her proposed Monetary Relief, except for good cause as determined by the United States.

5) No later than forty-five (45) days prior to the Fairness Hearing on Monetary Relief, or

April 21, 2024, and on a rolling weekly basis thereafter (if necessary), the Claims Administrator shall serve on the Parties copies of the objections it has received.

    6). No later than ten (10) days prior to the Fairness Hearing on Monetary Relief, or May 26, 2024:

> a. The United States shall file with the Court copies of all objections received by the Claims Administrator, redacting all identifying information of objectors, other than Claimant ID number; and

> b. The Parties shall file its responses, if any, to all objections timely submitted to the Claims Administrator in accordance with the deadline.

(Id., p. 44-45).

At or following the Fairness Hearing on Monetary Relief, the Court shall determine which, if any, objections to the Proposed Monetary Relief List are well-founded. The Court shall then approve the list as final or, if the Court finds that any objection(s) are well-founded, shall request that the Parties make any necessary adjustments to the list consistent with such findings. In the event the Court requires adjustments to the Proposed Monetary Relief List, the United States shall file an Amended Proposed Monetary Relief List within fifteen (15) days of the Court's determination that adjustments are necessary. Thereafter, the Court shall approve the Amended Proposed Monetary Relief List as final. (Id., p. 45). The procedures for notice, acceptance, and issuance of the Monetary Relief shall be set forth in the Order on the Fairness Hearing on Monetary Relief (Id., p. 45-58).

    **DONE** and **ORDERED** this the 21st day of February 2024.

                                    **/s / Kristi K. DuBose**
                                    **KRISTI K. DuBOSE**
                                    **UNITED STATES DISTRICT JUDGE**