# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **MICHALE BURRELL, et al.,** | ) |
| | ) |
| **Plaintiff-Intervenors,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 21-00114-KD-N |
| | ) |
| **MOBILE COUNTY SHERIFF** | ) |
| **PAUL BURCH, in his** | ) |
| **Official Capacity,** | ) |
| | ) |
| **Defendant.** | ) |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated June 27, 2024 (doc. 223) is **ADOPTED** as the opinion of this Court.  The United States' Motion for Final Entry of Amended Proposed Monetary Relief List is **GRANTED**, the Amended Proposed Monetary Relief List (doc. 221-1) is **APPROVED** as final and deemed the Interim Monetary Relief List (see doc. 217, p. 45).

Accordingly, the Claims Administrator and the United States shall initiate and complete the procedures set forth in Section IX, Execution of Monetary Relief, in the Settlement Agreement (Id., p. 45-50).  The parties shall file a **report**, on or before **October 18, 2024**, to advise the Court as to the status of the execution of monetary relief.

DONE and ORDERED this the 19th day of July 2024.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> UNITED STATES DISTRICT JUDGE