IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| MICHALE BURRELL, *et al.*, | ) |
| Plaintiff-Intervenors, | ) |
| vs. | ) CIVIL ACTION NO. 21-00114-KD-N |
| MOBILE COUNTY SHERIFF PAUL BURCH, in his Official Capacity, | ) |
| Defendant. | ) |

**ORDER**

This action is before the Court on *sua sponte* review. The Settlement Agreement was entered September 19, 2023 (doc. 217). As a term of the Settlement Agreement, the Court retained jurisdiction for purposes of non-monetary relief, monetary relief to eligible claimants,[1] and resolving disputes or entering orders as necessary to implement the relief (Id.).

Because this action is settled and jurisdiction has been retained, there does not appear to be any reason to maintain this action as an open one. Accordingly, the Clerk is directed to administratively close this action. See Fla. Ass'n for Retarded Citizens, Inc. v. Bush, 246 F.3d 1296, 1298 (11th Cir. 2001) ("As the [Court of Appeals for the] First Circuit has noted, 'an administrative closing has no effect other than to remove a case from the court's active docket …' Designating a case 'closed' does not prevent the court from reactivating a case either of its own accord or at the request of the parties.")

**DONE** and **ORDERED** this 25th day of July 2024.

/s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] The Court has approved the Interim Monetary Relief List (doc. 225). The Claims Administrator and the United States have been ordered to initiate and complete the procedures for execution of Monetary Relief (Id.).